No. 83–5937. STAPF v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–5938. DURHAM-MORGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5950. OSIPOVA v. DUDLEY, CHIEF JUSTICE OF THE SUPREME COURT OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–5953. DONATE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5957. GARRIS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 82–1800. CONNECTICUT v. ZINDROS. Sup. Ct. Conn. Certiorari denied. THE CHIEF JUSTICE would grant certiorari.

No. 83–538. NOVELTIES DISTRIBUTION CORP. ET AL. v. MOLEE ET AL. C. A. 3d Cir. Motion of respondent Anthony Molee for approval of attorney's fees is denied without prejudice to applying for the relief in the United States Court of Appeals for the Third Circuit. Certiorari denied.

No. 83–661. SHOUN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 83–678. JOSEPH MAGNIN CO., INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR would grant certiorari.

No. 83–685. MARINE CORPS EXCHANGE ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 9th Cir. Motion of respondent Elton Morgan for approval of attorney's fees is denied without prejudice to applying for the relief in the United States Court of Appeals for the Ninth Circuit. Certiorari denied.